UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB -8 PM 2: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Martin Arnoldo GALINDO-Rendon,<br><br>　　　　　Defendant. | Magistrate Case No.: **08 MJ 0369**<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Importation of Merchandise (Felony) |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about February 7, 2008, within the Southern District of California, defendant Martin Arnoldo GALINDO-Rendon, did knowingly and intentionally import and bring into the United States from Mexico certain merchandise, to wit: pharmaceuticals, contrary to law, in that defendant did not unload said merchandise for inspection to a Department of Homeland Security, Bureau of Customs and Border Protection Officer at a port of entry as required by Title 19, United States Code, Section 1461; in violation of title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　U.S. Immigration & Customs
　　　　　　　　　　　　　　　　　　Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th, DAY OF FEBRUARY 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**v.**
**Martin Arnoldo GALINDO-Rendon**

### STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Elizabeth Cervantes.

On February 7, 2008, at approximately 0730 hours, Martin Arnoldo GALINDO-Rendon, a citizen of Mexico, attempted entry into the United States from the Republic of Mexico at the San Ysidro, California, Port of Entry. GALINDO-Rendon was the driver, accompanied by Candelaria Rendon-Gonzalez (mother), of a 1984 Mitsubishi Pick-up bearing Baja California, Mexico, license plate AL76002.

A Customs and Border Protection Officer (CBPO) conducted a primary inspection of the vehicle at which time GALINDO-Rendon gave a negative Customs declaration. As a result of a computer generated notification, the vehicle and occupant were referred to the Secondary Inspection area for further inspection.

In the Secondary Inspection area, GALINDO-Rendon again provided a negative Customs declaration. Upon inspection of the vehicle, CBPO's discovered approximately twenty-nine different types of pharmaceuticals consisting of children antibiotics, adult antibiotics, pain medication, aspirin, asthma medication, medicated cream, eye drops and cold medicine, all with an approximate domestic value of $106,087.00, concealed within the dashboard, underneath the seat and within the

upholstery of the backrest. Original packaging for the pharmaceuticals was concealed underneath the carpeting.

GALINDO-Rendon waived his constitutional rights and admitted he was hired to smuggle the pharmaceuticals into the United States for a $250.00 U.S.D. payment, $125.00 of which he was in possession. GALINDO-Rendon further stated that prior to making entry into the United States, he verified that the merchandise was indeed pharmaceuticals and that it was well concealed throughout the vehicle to avoid discovery. GALINDO-Rendon gave two negative Customs declarations to CBPO's knowing and willfully intending to defraud the United States by attempting to clandestinely introduce into the United States, merchandise which was required to be declared before a Customs Officer, to wit: pharmaceuticals, which were required to be declared and unladen as required by Title 19, United States Code, 1461.

Furthermore, GALINDO-Rendon stated he was to drive and park the vehicle in front of a "99 Cents" store in San Ysidro, California, and leave the key in the ignition so that an unknown person could drive away and unload the smuggled pharmaceuticals. The unknown person was to return the unloaded vehicle to the same location approximately forty minutes later.

GALINDO-Rendon was arrested and charged with violation of Title 18 USC 545, Importation of Merchandise Contrary to Law, and was booked into the Metropolitan Correctional Center, San Diego, California. The vehicle, pharmaceuticals and currency were seized.